**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01078-CR

**ERIC ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

On April 18, 2013, this Court ordered court reporter Sharon Hazlewood to file, within thirty days, the reporter's record of the original plea hearing in this case. To date, Ms. Hazlewood has neither filed the record of the plea hearing nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **TWENTY DAYS** of the date of this order, the record of the plea hearing in this case. No further extensions will be granted. If Ms. Hazlewood does not file the record within the time specified, the Court will order that she not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE